642 A.2d 1003

STATE OF NEW JERSEY v. CURTIS BRYANT.

April 14, 1994.

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted.

ORDERED that the within appeal be and hereby is dismissed.

642 A.2d 1003

IN THE MATTER OF THE ADOPTION OF N.J.A.C. 10:39, A REGULATION OF THE NEW JERSEY DEPARTMENT OF HUMAN SERVICES.

April 20, 1994.

## ORDER

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed.